| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | FRANCISCO JAVIER DE LEON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00180-DAD–BAM-1 |
| Plaintiff, | STIPULATION AND ORDER ADVANCING HEARING |
| vs. | |
| FRANCISCO JAVIER DE LEON, | DATE: February 5, 2018<br>TIME: 10:00 am |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Francisco Javier De Leon, that the status conference set for February 12, 2018 **may be advanced and rescheduled to Monday, February 5, 2018 at 10:00 a.m.** for a change of plea before the Honorable Dale A. Drozd, United States District Judge.

///
///
///
///
///
///

1

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | MCGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 1, 2018 |   | By: | */s/ Jeffrey A. Spivak*<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 1, 2018 |   | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO JAVIER DE LEON |

## ORDER

The court has reviewed and considered the stipulation of the parties to vacate the status conference and set a change of plea hearing in this case. Good cause appearing, the status conference as to Francisco Javier De Leon currently set for February 12, 2018, before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is set for **February 12, 2018, at 11:30am in** Courtroom 5 before District Judge Dale A. Drozd. The time period between December 11, 2017 and February 12, 2018 has already been excluded.

IT IS SO ORDERED.

Dated: **February 1, 2018**

UNITED STATES DISTRICT JUDGE